IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00723-MSK-MEH

NEW AGE ELECTRONICS, INC., a California corporation,

    Plaintiff,

v.

SPECTRUM COMMUNICATIONS GROUP INC., a Colorado corporation, and
RANDY HAUGEN, an individual,

    Defendants.

## ORDER REGARDING MOTIONS TO WITHDRAW

**THIS MATTER** comes before the Court on Defendants' Unopposed Motion to Withdraw **(#20)** and Defendant's identical Unopposed Motion to Withdraw **(#23),** the Court being advised in the premises,

**ORDERS** that Defendants' Unopposed Motion to Withdraw **(#20)** is **GRANTED** and Defendant's Unopposed Motion to Withdraw **(#23) is DENIED.** John C. Haas is withdrawn as counsel of record for Defendants in this matter.

Dated this 21st day of July, 2006.

                        **BY THE COURT:**

                        */s/ Marcia S. Krieger*

                        Marcia S. Krieger
                        United States District Judge