IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00723-MSK-MEH

NEW AGE ELECTRONICS, INC., a California corporation,

        Plaintiff,

v.

SPECTRUM COMMUNICATIONS GROUP INC., a Colorado corporation, and
RANDY HAUGEN, an individual,

        Defendants.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

        The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Wednesday, September 6, 2006 at 10:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes to address the Motions to Withdraw as Counsel for Defendants **(#25 and #26).** Counsel for all parties and the Defendants shall attend.

        Dated this 31st day of August, 2006

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge