IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00723-MSK-MEH

NEW AGE ELECTRONICS, INC.,
a California corporation,

      Plaintiff,

v.

SPECTRUM COMMUNICATIONS GROUP INC.,
a Colorado corporation, and
RANDY HAUGEN, an individual,

      Defendants.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 10, 2007.**

Based on the Court's teleconference with the parties, Plaintiff's Motion to Compel Rule 26(a)(1) Disclosures from Defendant Randy Haugen [Filed January 4, 2007; Docket #32] is **granted** as specified. Defendant Haugen shall provide to Plaintiff the discovery sought on or before January 16, 2006.

It is further ORDERED that the discovery deadline is extended to **February 16, 2007**.