IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00723-MSK-MEH

NEW AGE ELECTRONICS, INC., a California corporation,

       Plaintiff,

v.

SPECTRUM COMMUNICATIONS GROUP INC., a Colorado corporation, and
RANDY HAUGEN, an individual,

       Defendants.

## ORDER RESETTING FINAL PRE-TRIAL CONFERENCE

THIS MATTER comes before the Court *sua sponte*. Due to a scheduling conflict,

**IT IS ORDERED** that the Final Pre-Trial Conference currently set for **June 1, 2007 is VACATED** and reset to **June 12, 2007 at 9:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado

Dated this 9th day of April, 2007

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge